# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 30, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23I0245. JULIA STANLEY v. THE STATE.

Julia Stanley seeks review of three orders entered in her criminal case on April 21, 2023, directing that her competency be evaluated, revoking her bond, and denying her "Emergency Motion for Affordable Bond."[1] Stanley filed her pro se documents in the Supreme Court of Georgia, which transferred the case as an application for interlocutory appeal to this Court upon finding it did not have jurisdiction. See Case No. S23I0913 (May 25, 2023). We, however, also lack jurisdiction.

Because this case remains pending below, the trial court's orders are interlocutory. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). To appeal the orders, Stanley was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Stanley did not obtain a certificate of immediate review from the trial court within ten days of entry of the orders she wishes to appeal. Stanley's failure to do so deprives us of jurisdiction to consider this application, which is hereby DISMISSED. See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857.

---

[1] Stanley has also filed a direct appeal. See A23A1577.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__06/30/2023_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*